**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINE CHOLAKYAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HILLSTONE RESTAURANT GROUP, INC., a corporation; DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-02070-AB-PVC<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND** |

　　Before the Court is Plaintiff Marine Cholakyan's ("Plaintiff") Motion to Remand Action to State Court ("Motion," Dkt. No. 9). Defendant Hillstone Restaurant Group, Inc. ("Defendant") filed a Notice of Non-Opposition, indicating that it does not oppose Plaintiff's Motion to Remand and consents to the remand of this action. (Dkt. No. 12.) Accordingly, the Court **GRANTS** the Motion and **VACATES** the hearing set for May 17, 2024. This action is **REMANDED** to the Superior Court of California, County of Los Angeles.

　　**IT IS SO ORDERED**.

Dated:  May 13, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE